## BRAKHAGE v. HAMILTON et al.

No. 25250. March 19, 1935.

Hiram A. Butler, for plaintiff in error.

O. S. Shaw, for defendants in error.

PER CURIAM. The appeal was filed herein December 14, 1933, and brief filed January 19, 1934. No brief has been filed by defendant in error, and under the rule for failure to file brief the cause is reversed and remanded, with directions to vacate the judgment entered against William Brakhage and direct the sheriff of the county to deliver the property involved to William Brakhage.

## STANDARD TERRAZZO MOSAIC CO. v. TANKERSLEY CONST. CO. et al.

No. 25269. March 19, 1935.

Allen, Underwood & Canterbury, for plaintiff in error.

Searcy & Underwood, for defendants in error.

PER CURIAM. The appeal was filed herein December 22, 1933, and brief was filed May 21, 1934. No brief has been filed by the defendant in error and under the rule for failure to file brief the cause is reversed and remanded, with directions to the trial court to vacate the order sustaining the motion to vacate the judgment and enter an order reinstating the judgment for the plaintiff.